# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KIRK WAYNE GIBBS, JR**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:21-CV-00019-BSM**

**BALJINDER SINGH,** *et al.*                                                         **DEFENDANTS**

## ORDER

The parties' joint motion to dismiss [Doc. No. 21] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE